# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132287

BOARD OF TRUSTEES OF THE
DETROIT GENERAL RETIREMENT
SYSTEM, and BOARD OF TRUSTEES
OF THE DETROIT POLICEMEN &
FIREMEN RETIREMENT SYSTEM,
            Plaintiffs-Appellees,

v

CITY OF DETROIT, and DETROIT
CHIEF FINANCIAL OFFICER,
            Defendants-Appellants.

SC: 132287
COA: 259592
Wayne CC: 04-412275-CZ

_____/

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

_____
Clerk

11218